UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAVINDER PAUL SINGH,

    Plaintiff,

    v.

ALBERTO R. GONZALEZ et al.,

    Defendants.

CASE NO. C07-185JLR

SHOW CAUSE ORDER

The court orders Defendants to show cause within 30 days why the court should not grant Ravinder Singh's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the court should not approve the application

SHOW CAUSE ORDER - 1

1 immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's
2 naturalization application.
3      Dated this 20th day of February, 2007.

                                      JAMES L. ROBART
                                      United States District Judge

26 SHOW CAUSE ORDER - 2